924

No. 11–5870. GARCIA CASARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5871. GONZALEZ-MENDEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–5872. HORNBUCKLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5874. HADNOT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5875. HELMICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5876. FULGENCIO, AKA GUZMAN ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5877. HAWK v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 11–5880. WASHINGTON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 11–5882. WELLS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5884. ARES-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5888. LUJAN-ALCALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5889. KENT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5890. KUDALIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5893. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5899. GUITTEREZ-GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.